1  David J. McGlothlin, Esq. (SBN 026059)
   david@southwestlitigation.com
2  **Hyde & Swigart**
   2633 E. Indian School Road, Ste. 460
3  Phoenix, AZ 85016
   Telephone: (602) 265-3332
4  Facsimile:  (602) 230-4482

5  Ryan L. McBride, Esq. (SBN 032001)
   ryan@kazlg.com
6  **Kazerouni Law Group, APC**
   2633 E. Indian School Road, Ste. 460
7  Phoenix, AZ 85016
   Telephone: (800) 400-6808
8  Facsimile:  (800) 520-5523

9  Attorneys for Plaintiff,
   Jeffrey Stewart

# United States District Court
## District of Arizona

| | |
|---|---|
| Jeffrey Stewart, individually and on behalf of others similarly situated, | Case No.: 2:16-cv-1816 |
| Plaintiffs, | **[Class Action]** |
| v. | **Notice of Settlement** |
| J.R. Brothers Financial, Inc., | |
| Defendant | |

   Please Take Notice: The parties have settled this mater in its entirety. The parties intend to file a Stipulation for Dismissal of Plaintiff's Individual Claims With Prejudice and all putative class claims Without Prejudice within 45 days of this notice.

1 | Respectfully submitted,
2 | **Hyde & Swigart**
3 |
4 | Date: October 12, 2016     By: */s/ David McGlothlin*
  | David McGlothlin
5 | Attorneys for Plaintiff